UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHANTANICE D. VAXTER AND
CHRISTOPHER J. VAXTER,

      Plaintiffs,

v.

GEOVERA SPECIALTY INSURANCE
COMPANY,

      Defendant.        /

CASE NO.: 8:20-cv-01083-T-60TGW

## AMENDED NOTICE OF MEDIATION
(Amended to Change Start Time, as Requested by Plaintiffs' Counsel)

**NOTICE IS HEREBY GIVEN** that the parties have stipulated and agreed to a mediator and a mediation conference in the above styled cause, pursuant to Rule 9.04 of the Local Rules for the United States District Court, Middle District of Florida, and that said mediation will take place at the time, date and place set forth below:

**DATE:** Tuesday, March 30, 2021

**PLACE:** VIRTUAL - via Zoom or some other similar Video Conferencing Web Conferencing Exchange[1]

**TIME:** 3:00 P.M.

**MEDIATOR:** Mr. Gerald T. Albrecht
Albrecht Mediation Services
3350 Buschwood Park Drive, Suite 130
Tampa, FL 33618
Tel: (813) 930-2223

---

[1] Link and connection information will be provided by the mediator's office closer to the above mediation date.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 24, 2021, a true and correct copy of the foregoing was sent via electronic mail to:

Bryan Festa, Esquire
The Nation Law Firm, LLP
570 Crown Oak Centre Drive
Longwood, FL 32750
Primary: bfesta@nationlaw.com
Secondary: tcochran@nationlaw.com
*Counsel for Plaintiffs*

GORDON REES SCULLY MANSUKHANI

*s/ Kristina L. Marsh*
Kristina L. Marsh, Esquire
Florida Bar No. 311080
Christina M. Flores, Esquire
Florida Bar No. 125966
Primary: kmarsh@grsm.com
Primary: cflores@grsm.com
Secondary: kwarrington@grsm.com
Secondary: kstubbs@grsm.com
601 S. Harbour Island Blvd., Suite 109
Tampa, FL 33602
Telephone: 813-444-9700
*Attorneys for Defendant,*
*GeoVera Specialty Insurance Company*